UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Electronically Filed**

-------------------------------------------------------X
UNITED STATES OF AMERICA,

   --v--

DARRREN MOONAN,

  Defendant.

-------------------------------------------------------X

07-MAG-1097 (THK)

**NOTICE OF APPEARANCE**

  PLEASE TAKE NOTICE that defendant Darren Moonan has retained the firm of Simon & Partners LLP to represent him in this case. The undersigned is an attorney admitted to practice before this Court on August 9, 1983.

Dated: New York, New York
   July 12, 2007

Respectfully Submitted,

SIMON & PARTNERS LLP

By: s/Bradley D. Simon
Bradley D. Simon (BS3406)
30 Rockefeller Plaza, 42nd Floor
New York, NY 10112
(212) 332-8900
(212) 332-8909 (facsimile)
bradsimon@simonlawyers.com

*Attorneys for Defendant Darren Moonan*